IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                       No.    CV 16-308 JAP/CG
                                                CR 02-2074 JAP

NARCIZO SOTO,

    Defendant.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), (CV Doc. 12), filed August 23, 2016. In the PFRD, the Magistrate Judge recommended that *Defendant Narcizo Soto's Motion to Vacate Sentence*, (CV Doc. 2), be granted, his sentence be vacated, and he be resentenced. The parties were notified that objections were due within fourteen days. (CV Doc. 12 at 15). No objections have been filed and the deadline of September 9, 2016 has passed. The recommendations of the Magistrate Judge are adopted by this Court.

**IT IS THEREFORE ORDERED** that *Defendant Narcizo Soto's Motion to Vacate Sentence*, (CV Doc. 2), is **Granted** and a resentencing hearing is scheduled on October 13, 2016 at 1:20 p.m., 340 Pecos Courtroom, 333 Lomas Blvd. N.W., Albuquerque, New Mexico.

_____
THE HONORABLE JAMES A. PARKER
UNITED STATES DISTRICT JUDGE